UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80792-CIV-CANNON

**BRADLEY NEWELL**,

    Plaintiff,

v.

**PERPAY, INC.**,

    Defendant.

_____/

**ORDER CLOSING CASE**

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice [ECF No. 14], filed on July 13, 2022. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Notice of Voluntary Dismissal, filed by Plaintiff prior to Defendant serving an answer or motion for summary judgment, dismisses the case. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, this case is **CLOSED**, without prejudice to the parties, effective July 13, 2022, the date on which Plaintiff filed the Notice of Voluntary Dismissal [ECF No. 14].

The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 14th day of July 2022.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:    counsel of record